NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1168

FAIRCHILD SEMICONDUCTOR CORPORATION,

Plaintiff-Appellee,

v.

THIRD DIMENSION (3D) SEMICONDUCTOR, INC.,

Defendant-Appellant.

Appeal from the United States District Court for the District of Maine
in case no. 08-CV-158, Judge D. Brock Hornby.

ON MOTION

ORDER

Third Dimension Semiconductor, Inc. (3D) moves to dismiss its appeal. 3D states that Fairchild Semiconductor Corporation consents.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     The motion is granted.

(2)     Each side shall bear its own costs.

(3)     All pending motions are moot.

FOR THE COURT

JUN 26 2009

_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:   Robert H. Stier, Jr., Esq.
      Michael W. Shore, Esq.

s17

ISSUED AS A MANDATE: JUN 26 2009 _____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 26 2009

JAN HORBALY
CLERK